IN THE MATTER OF THE TRANSFER INHERITANCE TAX ASSESSMENT IN THE ESTATE OF MARIA MC ILVAINE GILLMORE, DECEASED, CHEMICAL BANK NEW YORK TRUST COMPANY, *ET AL.*, EXECUTORS, *ETC.*, PLAINTIFFS-PETITIONERS, v. WILLIAM KINGSLEY, ACTING DIRECTOR, *ETC.*, DEFENDANT-RESPONDENT.

*Messrs. Herrigel, Bolan & Herrigel* and *Mr. Vincent D. Monahan, III* for the petitioner.

*Mr. Arthur J. Sills, Mr. Elias Abelson* and *Mr. Kenneth M. Olex* for the respondent.

July 8, 1968. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. RONALD RICHARDSON, DEFENDANT-PETITIONER.

*Mr. Peter Murray* and *Mrs. Marcia R. Richman* for the petitioner.

*Mr. Vincent Panaro* and *Mr. Gerald Patrick Higham* for the respondent.

July 8, 1968. Denied.

KURT LEMBERGER, *ET AL.*, PLAINTIFFS-PETITIONERS, v. ALAN LEMBERGER, DEFENDANT-RESPONDENT.

*Mr. Robert C. Gruhin* for the petitioner.

*Messrs. Gurry & Conlan* for the respondent.

July 8, 1968. Dismissed.